**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO. |
|  | : |  |
| ANDERSON | : | 02-4538 |
| WILLIAMS | : | 02-4594 |
| BENES | : | 02-4787 |
| BALL, et al. | : | 02-4817 |
| BOYD, et al. | : | 02-4900 |
| BEST, et al. | : | 02-4913 |
| BERKMAN | : | 02-4948 |
| ESPIRITU, et al. | : | 02-4996 |
| GILMORE, et al. | : | 02-5042 |
| GUTIERREZ, et al. | : | 02-5105 |
| WILMORE, et al. | : | 02-5142 |
| VEA, et al. | : | 02-5179 |
| TRUELOVE | : | 02-5233 |
| MOORE, et al. | : | 02-5281 |
| CHIEPPO, et al. | : | 02-5334 |
| BRUMLEY, et al. | : | 02-5339 |
|  | : |  |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

       **AND NOW,** this      day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

       [    ]    -    Order staying these proceedings pending disposition of a related action.

       [    ]    -    Order staying these proceedings pending determination of arbitration proceedings.

       [    ]    -    Interlocutory appeal filed.

       [  X  ]    -    Other: <u>Case is placed into suspense pending receipt of the C.T.O. from the Judicial Panel on Multi District Litigation</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**James T. Giles, Chief Judge**